JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZAEL D PERALES<br><br>    Plaintiff(s),<br><br>v.<br><br>THE CITY OF BUENA PARK, CALIFORNIA<br><br>    Defendant(s). | CASE NO. SA CV09-0743-DOC(CTx)<br><br>**ORDER OF DISMISSAL FOR LACK OF PROSECUTION** |

The Court, having issued an Order to Show Cause on March 17, 2010 as to why this action should not be dismissed for lack of prosecution, with a written response due on March 30, 2010, and no response having been filed with the Court,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: April 01, 2010

_____
DAVID O. CARTER
United States District Judge